1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12 | ALEXANDREA LENTINI,                    ) Case No. CV-10-0970 BZ
                                          )
13 |                                       ) Assigned to: Hon. Bernard Zimmerman
            Plaintiff,                     )
14 |    vs.                                ) [Proposed] **ORDER RE JOINT MOTION**
                                          ) **FOR ADMINISTRATIVE RELIEF TO**
15 | MCKESSON CORPORATION, et al.,         ) **STAY ACTION PENDING TRANSFER**
                                          ) **TO MULTIDISTRICT PROCEEDINGS**
16 |            Defendants.                )
17 |                                       )
                                          )
18 |                                       )

19
20 |        The Court, having fully considered the papers jointly submitted by the parties in

21 | connection with the Joint Motion for Administrative Relief To Stay Action Pending Transfer to

22 | Multidistrict Proceedings, and good cause appearing, HEREBY ORDERS that the above-captioned

23 | case is STAYED pending transfer to MDL-2100.

24 |        IT IS SO ORDERED.

25
26 | Dated: 23 March 10

27 |                                   UNITED STATES DISTRICT COURT JUDGE

28

---

**[PROPOSED] ORDER RE MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION**
**CASE NO. CV-10-0970 BZ**